ALLACCESS LAW GROUP
  Irene Karbelashvili, State Bar Number 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, State Bar Number 302971
  irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone:    (408) 295-0137
Facsimile:     (408) 295-0142

Attorneys for VALENTINA RYSS, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALENTINA RYSS<br><br>            Plaintiff,<br><br>     vs.<br><br>KOHL'S DEPARTMENT STORES INC, et al.<br><br>            Defendants. | Case No. 18-cv-02968-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

    Plaintiff VALENTINA RYSS ("Plaintiff") and Defendants KOHL'S DEPARTMENT STORES, INC., a Delaware Corporation, d/b/a KOHL'S CAMPBELL; and MARC W. BUZOLICH, an individual, and LYNN A. BUZOLICH, an individual, collectively in their individual and representative capacities as trustees of THE MARC W. BUZOLICH LIVING TRUST (collectively, "Defendants") hereby stipulate and ask that the Court dismiss this action with prejudice pursuant to FRCP 41(2) with each side bearing her/its own attorneys' fees, costs,

and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over enforcement of the terms of their settlement agreement, if such enforcement is necessary.

Respectfully submitted,

Dated: May 16, 2019   By: */s/ Matthew R. Orr*
Matthew R. Orr Attorneys for Defendants Kohl's Department Stores, Inc. dba Kohl's Campbell, Mark W. Buzolich, Lynn A. Buzolich, and The Mark W. Buzolich Living Trust

Dated: May 15, 2019   By: /s/ *Irakli Karbelashvili*
Irakli Karbelashvili
Attorneys for Plaintiff
VALENTINA RYSS

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Matthew Orr, counsel for Defendant and that I have obtained Mr. Orr's authorization to affix his electronic signature to this document.

By: /s/ *Irakli Karbelashvili*
Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the above stipulation, and good cause having been shown, the Court dismisses this action with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retain jurisdiction over the settlement agreement. The Clerk is directed to close the case file.

**IT IS SO ORDERED.**

Dated: __May 17, 2019__



_____
Judge

### **[PROPOSED] ORDER**

Having reviewed the above stipulation, and good cause having been shown, the Court continues the deadline to seek leave to amend pleadings to no later than April 15, 2019. This order does not modify any of the other deadlines enumerated in the Court's Case Management Order.

**IT IS SO ORDERED**

Dated: _____                                              _____
                                                                United States Magistrate Judge